Derek Nicodemus
California State Bar No. 346323
**NICODEMUS LAW GROUP**
8144 La Mesa Boulevard
La Mesa, California 91942
(619) 517-2200
derek@nicodemus.law
Attorney for Plaintiff

**United States Bankruptcy Court for the
Northern District of California, Santa Barbara Division**

| | |
|---|---|
| In re Jamie Rio Martinez AKA dba Rio Fire Management, Debtor. | ) Bankruptcy Case No. 9:25-bk-11305-RC ) ) Proposed Order Denying the Motion for ) Relief from Stay ) |

Good Cause Appearing, IT IS HEREBY ORDERED THAT:

The Motion for Relief filed by Barclays Bank PLC is denied because Debtor has converted this case to a chapter 13 bankruptcy and has a plan for paying all arrears. This denial is without prejudice should Debtor's plan ultimately not be approved or should he fail to make the plan payments provided for therein.

Date:

The Honorable Ronald A Clifford III,
UNITED STATES BANKRUPTCY JUDGE

Proposed Order